1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7



FILED

AUG 1 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    2:07-CV-01632-EJG-JFM
                                    )
12           Plaintiff,             )    ORDER REGARDING CLERK'S
                                    )    ISSUANCE OF WARRANT FOR ARREST
13      v.                          )    OF ARTICLES *IN REM*
                                    )
14 APPROXIMATELY $50,000.00 IN      )
   U.S. CURRENCY,                   )
15                                  )
             Defendant.             )
16 _____ )

17      WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been

18 filed on August 8, 2007, in the United States District Court for

19 the Eastern District of California, alleging that the defendant

20 approximately $50,000.00 in U.S. Currency (hereafter "defendant

21 currency") is subject to forfeiture to the United States pursuant

22 to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C.

23 § 841 *et seq.*;

24      And, the Court being satisfied that, based on the Verified

25 Complaint for Forfeiture *In Rem* and the affidavit of Drug

26 Enforcement Administration Special Agent Christopher DeFreece,

27 there is probable cause to believe that the defendant currency so

28 described constitutes property that is subject to forfeiture for

                              1

1  such violation(s), and that grounds for issuance of a Warrant for
2  Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of
3  the Supplemental Rules for Admiralty or Maritime Claims and Asset
4  Forfeiture Actions;

5      IT IS HEREBY ORDERED that the Clerk for the United States
6  District Court, Eastern District of California, shall issue a
7  Warrant for Arrest of Articles *In Rem* for the defendant currency.

8  Dated: August 13, 2007

9
10                                  CRAIG M. KELLISON
                                    United States Magistrate Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    2