MacGregor W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-CV-01632-EJG-JFM |
| ) | |
| Plaintiff, ) | **FINAL JUDGMENT OF** |
| ) | **FORFEITURE** |
| v. ) | |
| ) | |
| APPROXIMATELY $50,000.00 IN ) | |
| U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

    1.  This is a civil forfeiture action against approximately $50,000.00 in U.S. Currency (hereinafter the "defendant currency") seized on or about April 3, 2007, at 1119 Stewart Avenue, Apartment #18 in Chico, California, within the Eastern District of California.  The Drug Enforcement Administration adopted this case for forfeiture proceedings on April 10, 2007.

    2.  A Complaint for Forfeiture In Rem (hereafter "Complaint") was filed on or about August 8, 2007, seeking the forfeiture of the defendant currency, alleging that said currency is subject to forfeiture to the United States pursuant to 21

U.S.C. § 881(a)(6).

3. On or about August 14, 2007, the Court issued a Warrant for Arrest of Articles In Rem for the defendant currency, and that warrant was duly executed on August 16, 2007.

4. On or about August 16, 2007, copies of the Complaint, Warrant for Arrest of Articles In Rem, Application and Order for Publication, Notice of Related Case and court notices were served on Prince Javan Jenkins' attorney, Ashli Summer McKeivier, by certified mail number 7007 0220 0002 5960 3704. On or about August 24, 2007, these same documents were personally served on potential claimant Prince Javan Jenkins.

5. On or about August 30, 2007, a Public Notice of Arrest of defendant currency appeared by publication in The Oroville Mercury Register, a newspaper of general circulation in the county in which the defendant currency was seized (Butte County). The Affidavit of Publication was filed with the Court on September 13, 2007.

6. No parties have filed claims or answers in this matter. Potential claimant Prince Javan Jenkins represents and warrants that he is the sole owner of the defendant currency.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1. That the Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against potential claimant Prince Javan Jenkins and all other potential claimants

who have not filed claims in this action.

3. That the defendant approximately $50,000.00 in U.S. Currency, plus any interest that may have accrued, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure or forfeiture, as well as to those now known or disclosed.  The parties waive the provisions of California Civil Code § 1542.

5. Pursuant to the stipulation of the parties, and allegations set forth in the Complaint for Forfeiture <u>In Rem</u> filed August 8, 2007, the Court finds that there was reasonable cause for the seizure and arrest of the defendant currency, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

6. That all parties are to bear their own costs and attorneys' fees, if any.

SO ORDERED THIS 9th day of October, 2007.

<u>/s/ Edward J. Garcia</u>
EDWARD J. GARCIA
United States District Judge

///

///

3

CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, and the allegations set forth in the Complaint for Forfeiture <u>In</u> <u>Rem</u> filed August 8, 2007, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency.

<pre>
                        /s/ Edward J. Garcia
                        EDWARD J. GARCIA
                        United States District Judge
</pre>